# Exhibit A



May 2, 2026

**By Email**

Association of Flight Attendants, International ALPA
Amy Drinkhouse, MEC
518 C Street NE,
Washington, DC 20002

This letter is notice that Spirit Airlines (the "Company") will be conducting a reduction in force affecting employees you represent at the following locations:

- Hartsfield-Jackson Atlanta International Airport (ATL)
6000 North Terminal Parkway, Atlanta, GA 30320
- Baltimore Washington International Thurgood Marshall Airport (BWI)
7050 Friendship Rd, Baltimore, MD 21240
- Dallas/Fort Worth International Airport (DFW)
3200 E Airfield Dr, Dallas, TX 75261
- Detroit Metropolitan Wayne County Airport (DTW)
2500 World Gateway Place, Detroit, MI 48242
- Newark Liberty International Airport (EWR)
10 Toler Pl, Newark, NJ 07114
- Fort Lauderdale-Hollywood International Airport (FLL)
100 Terminal Dr, Fort Lauderdale, FL 33315
- George Bush Intercontinental Airport (IAH)
2800 N Terminal Rd, Houston, TX 77032
- Harry Reid International Airport (LAS)
5757 Wayne Newton Boulevard, Las Vegas, NV 89119
- LaGuardia Airport (LGA)
9400 Ditmars Blvd · East Elmhurst, NY 11369
- Orlando International Airport (MCO)
1 Jeff Fuqua Blvd, Orlando, FL 32827
- Miami International Airport (MIA)
2100 NW 42nd Ave, Miami, FL 33142
- Chicago O'Hare Airport (ORD)
10000 W O'Hare Ave, Chicago, IL 60666
- MCO Infight & Operations Center (OOC)
10084 AirTran Blvd Orlando, FL 32827
- Spirit Support Center
1731 Radiant Drive Dania Beach, FL 33004

Attached is a schedule of the following information: the job titles of the affected positions among the workers who you represent and the names of the workers currently holding those jobs. This layoff will begin on May 2, 2026 or the 14-day period commencing on that date. The layoff will be permanent, and the Company's operations at the locations will permanently cease.

**spirit**®

We regret that we are not able to give you more notice of your layoff. We were not able to do so because the Company was actively seeking capital to avoid these layoffs and closures and notice would have precluded the Company from obtaining the capital needed. Specifically, during its chapter 11 cases, the Company has been funded by debtor in possession (DIP) financing, and sought additional funding from those lenders and from multiple other third parties. During this extended attempt to raise additional financing, which included an agreement having been reached in March with its DIP lenders to fund the Company's emergence from chapter 11 and the filing of a chapter 11 plan, issuing WARN Act notices would have materially and adversely impacted Spirit's ability to raise additional capital, including either (i) incremental funding from the DIP lenders under the Restructuring Support Agreement that had been agreed to on March 13, 2026 or (ii) approximately $500mm in funding from, and that was the subject of very advanced discussions with, the United States Government. We are notifying you of the decision to cease operations and terminate most of our valued workforce as soon as it was practicable to do so, after having heard the final positions of the DIP lenders and the United States Government.  The need to cease operations and abandon our efforts to reorganize was a result of the recent dramatic and sustained deterioration in business conditions – primarily the material and sustained run up in fuel prices -- resulting from geopolitical events of the last few weeks. In the face of these unforeseeable developments, we sought relief from our lenders and from the United States Government, and were in intense discussions with both on new financing until very recently when were advised that additional funding for operations would not be provided. This recent development left us with insufficient liquidity to continue operations.  These conditions – including war in the middle east and a massive run up in fuel prices that will cost US airlines billions of dollars this year -- were not foreseeable by the Company, and developed with a speed and severity that precluded the Company from giving earlier notice as we fought to save Spirit.

The information provided in this notice is based on the best information available to the Company at this time. If you have questions or require further information, please contact Suzanne Solon at Suzanne.Solon@Spirit.com. If there is any change in this information, we will update you as soon as practicable.

**If you represent employees working in New Jersey**, we are enclosing a notice prepared using the form specified by the New Jersey Department of Labor in accordance with a state law called the Millville Dallas Airmotive Plant Job Loss Notification Act.

**If you represent employees working in New York**, we are also giving you the following information consistent with New York law:

We have attached a schedule of the names and addresses of each affected employee you represent.

You are also hereby notified that, as a result of their employment loss, individuals represented by you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment upon termination. These individuals may also be eligible for unemployment insurance benefits after their last day of employment. Whenever possible, the New York State Department of Labor will contact the employer to arrange to

provide additional information regarding these benefits and services to these individuals through workshops, interviews, and other activities that will be scheduled prior to the time their employment ends. If their jobs have already ended, they can also access re-employment information and apply for unemployment insurance benefits on the Department's website or they may use the contact information provided on the website or visit one of the Department's local offices to obtain further information and assistance.

We are also separately providing notice to the workers you represent.  Those notices are being delivered today by Email. We gave appropriate notices of this layoff and closure, on May 2, 2026 to the New York Commissioner of Labor, the local workforce development board, the chief elected official of the applicable unit or units of local government, the school district or districts in which the layoffs will occur, and each locality which provides police, firefighting, emergency medical or ambulance services or other emergency services to the site of employment where the event is occurring.

The undersigned attests to the truthfulness of all information provided in this letter.

Sincerely,

Suzanne Solon
Vice President, Human Resources

1731 Radiant Drive, Dania Beach, FL 33004  |  Spirit.com



May 2, 2026

**BY U.S. Mail**

**Re: <u>Notice of Layoff</u>**

Dear Team Member,

This letter is notice that Spirit Airlines (the "Company") will be permanently closing all of its operational locations, including the following:

- Hartsfield-Jackson Atlanta International Airport (ATL)
  6000 North Terminal Parkway, Atlanta, GA 30320
- Baltimore Washington International Thurgood Marshall Airport (BWI)
  7050 Friendship Rd, Baltimore, MD 21240
- Dallas/Fort Worth International Airport (DFW)
  3200 E Airfield Dr, Dallas, TX 75261
- Detroit Metropolitan Wayne County Airport (DTW)
  2500 World Gateway Place, Detroit, MI 48242
- Newark Liberty International Airport (EWR)
  10 Toler Pl, Newark, NJ 07114
- Fort Lauderdale-Hollywood International Airport (FLL)
  100 Terminal Dr, Fort Lauderdale, FL 33315
- George Bush Intercontinental Airport (IAH)
  2800 N Terminal Rd, Houston, TX 77032
- Harry Reid International Airport (LAS)
  5757 Wayne Newton Boulevard, Las Vegas, NV 89119
- LaGuardia Airport (LGA)
  9400 Ditmars Blvd · East Elmhurst, NY 11369
- Orlando International Airport (MCO)
  1 Jeff Fuqua Blvd, Orlando, FL 32827
- Miami International Airport (MIA)
  2100 NW 42nd Ave, Miami, FL 33142
- Chicago O'Hare Airport (ORD)
  10000 W O'Hare Ave, Chicago, IL 60666
- MCO Infight & Operations Center (OOC)
  10084 AirTran Blvd Orlando, FL 32827
- Spirit Support Center
  1731 Radiant Drive Dania Beach, FL 33004

As a result, you and other employees who work at these locations will be laid off on May 2, 2026, or the 14-day period beginning on that date.

1731 Radiant Drive, Dania Beach, FL 33004  |  Spirit.com

**spirit**®

This layoff will be permanent, and the Company's operations at the locations will permanently cease. Bumping rights (that is, the right to avoid termination by displacing another employee), if any, for union employees will be governed by the applicable collective bargaining agreement. Non-union employees do not have bumping rights.

We regret that we are not able to give you more notice of your layoff. We were not able to do so because the Company was actively seeking capital to avoid these layoffs and closures and notice would have precluded the Company from obtaining the capital needed. Specifically, during its chapter 11 cases, the Company has been funded by debtor in possession (DIP) financing, and sought additional funding from those lenders and from multiple other third parties. During this extended attempt to raise additional financing, which included an agreement having been reached in March with its DIP lenders to fund the Company's emergence from chapter 11 and the filing of a chapter 11 plan, issuing WARN Act notices would have materially and adversely impacted Spirit's ability to raise additional capital, including either (i) incremental funding from the DIP lenders under the Restructuring Support Agreement that had been agreed to on March 13, 2026 or (ii) approximately $500mm in funding from, and that was the subject of very advanced discussions with, the United States Government.  We are notifying you of the decision to cease operations and terminate most of our valued workforce as soon as it was practicable to do so, after having heard the final positions of the DIP lenders and the United States Government.  The need to cease operations and abandon our efforts to reorganize was a result of the recent dramatic and sustained deterioration in business conditions – primarily the material and sustained run up in fuel prices -- resulting from geopolitical events of the last few weeks. In the face of these unforeseeable developments, we sought relief from our lenders and from the United States Government, and were in intense discussions with both on new financing until very recently when were advised that additional funding for operations would not be provided. This recent development left us with insufficient liquidity to continue operations.  These conditions – including war in the middle east and a massive run up in fuel prices that will cost US airlines billions of dollars this year -- were not foreseeable by the Company, and developed with a speed and severity that precluded the Company from giving earlier notice as we fought to save Spirit.

The information provided in this notice is based on the best information available to the Company at this time. This notice is not a promise of continued or future employment.  If your employment is currently terminable at will, this notice does not affect that status.

If you have questions or require further information, please contact Suzanne Solon at Suzanne.Solon@Spirit.com. If there is any change in this information, we will update you as soon as practicable.



**If you work in New Jersey**, we are enclosing a notice prepared using the form specified by the New Jersey Department of Labor in accordance with a state law called the Millville Dallas Airmotive Plant Job Loss Notification Act.

**If you work in New York**, we are also giving you the following information consistent with New York law: You may be eligible to receive severance benefits. If you are eligible for severance benefits, additional information about those benefits, including whether you must enter into a separation agreement with a release of claims, will be provided to you separately. Severance benefits, to the extent you qualify for them, would be provided after your last day of employment. You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance. The undersigned attests to the truthfulness of all information provided in this letter.

Sincerely,

Suzanne Solon
Vice President, Human Resources

1731 Radiant Drive, Dania Beach, FL 33004  |  Spirit.com